**Michael E. ALLEN, Plaintiff–Appellant,**

**v.**

**Timothy J. REILLY, Deputy Public Defender of Imperial County, Defendant–Appellee.**

No. 08–55679.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 11, 2008.\*

Filed Aug. 19, 2008.

Michael E. Allen, Calipatria, CA, pro se.

Before: CANBY, LEAVY and KLEINFELD, Circuit Judges.

MEMORANDUM \*\*

A review of the record, appellant's response to this court's order to show cause, and appellant's opening brief, indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). Accordingly, we summarily affirm the district court's judgment.

**AFFIRMED.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.